# ELECTRONIC RECORD

COA # 07-12-00479-CR     OFFENSE: 19.03

STYLE: Reynaldo Rey v. The State of Texas     COUNTY: Lubbock

COA DISPOSITION: AFFIRMED     TRIAL COURT: 137th District Court

DATE: 10/29/2014     Publish: NO     TC CASE #: 2012-433,479

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Reynaldo Rey v. The State of Texas     CCA #: 1545-14

_____ PRO SE _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____ REFUSED _____     JUDGE: _____

DATE: 03/04/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**